**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

JIMMY KING

CRIMINAL ACTION
NO. 25-430-2

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon consideration of Defendant's Motion to Suppress, (Dkt. No. 49), the Government's Response in Opposition, (Dkt. No. 59), Defendant's Reply, (Dkt. No. 60), and after holding an evidentiary hearing, (Dkt. No. 61), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***

Gerald J. Pappert, J.